IN THE MATTER OF THE SWORN APPLICATION OF MRS. WILLIAM G. WELLHOFER AND OTHER FREEHOLDERS OF THE CITY OF ATLANTIC CITY FOR A SUMMARY INVESTIGATION INTO THE MUNICIPAL EXPENDITURES OF SAID CITY.

See same case below: 16 *N. J. Super.* 60.

*Mr. Joseph B. Perskie* and *Messrs. Perskie & Perskie* for the petitioners.

*Mr. Murray Fredericks* for the respondent.

May 12, 1952.   Granted.